UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas Kendricks, III,

        Plaintiff,

v.

Sandra Henry, et al,

        Defendant.

Case No. 16-cv-1041 (SRN/FLN)

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 16, 2016, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 5, 2016                            s/Susan Richard Nelson
                                                             SUSAN RICHARD NELSON
                                                             United States District Judge